MICHAEL J. HEYMAN
United States Attorney

MANDY M. MACKENZIE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Mandy.Mackenzie@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JESSIE MOMOSEA,<br>a/k/a "Crazy J,"<br>a/k/a "Jessie Momoisea,"<br>a/k/a "Samu Lamu,"<br>a/k/a "Samu Lanu,"<br><br>    Defendant. | No. 3:26-cr-00009-SLG-MMS<br><br>COUNT 1:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br> Vio. of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br><br>COUNT 2:<br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br> Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3:<br>FELON IN POSSESSION OF A FIREARM<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION:<br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

CRIMINAL FORFEITURE
ALLEGATION 1:
 21 U.S.C. § 853(a)(1) & (2), 28 U.S.C.
§ 2461(c) and Fed. R. Crim. P. 32.2(a)

CRIMINAL FORFEITURE
ALLEGATION 2:
 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853
and 28 U.S.C. § 2461(c)

**INDICTMENT**

The Grand Jury Charges that:

## COUNT 1

On or about December 8, 2025, within the District of Alaska, the Defendant JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," knowingly and intentionally possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about December 8, 2025, within the District of Alaska, the Defendant JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Controlled Substance with Intent to Distribute as charged in Count 1 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about December 8, 2025, within the District of Alaska, the Defendant JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," knowing he had previously been convicted of the following crimes punishable by imprisonment for terms exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, a Sig Sauer, Model M17 P320, 9mm pistol.

## Prior Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| May 8, 2018 | Drug Conspiracy | United States District Court for the District of Hawaii | 16-CR-0745-JMS |
| May 8, 2018 | Possession of Methamphetamine with Intent to Distribute | United States District Court for the District of Hawaii | 16-CR-0745-JMS |
| June 23, 2010 | Robbery in the Second Degree | District Court of Honolulu | CR09-1-1669 |
| June 23, 2010 | Burglary in the First Degree | District Court of Honolulu | CR09-1-1669 |
| June 29, 2009 | Promoting Detrimental Drug in the Third Degree | District Court of Honolulu | CR08-1-1140 |
| June 29, 2009 | Promoting Detrimental Drug in the Third Degree | District Court of Honolulu | CR08-1-1140 |
| June 29, 2009 | Promoting a Dangerous Drug in the Third Degree | District Court of Honolulu | CR06-1-2369 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the Defendant JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," committed the offense charged in Count 1 of this Indictment, he had one final conviction for a serious drug felony, Drug Conspiracy, Count Three, Possession of Methamphetamine with Intent to Distribute, Count Seven, Case. No. 16-CR-0745-JMS, in the District of Hawaii, on May 8, 2018, for which he served a term of imprisonment of more than twelve months and for which his release from such term of imprisonment was within fifteen years of the commencement of the offense charged in Count Two.

All pursuant to 21 U.S.C. § 841(a)(1), (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the Defendant, JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," shall forfeit to the United States any property constituting, or derived from, or traceable to, any proceeds obtained, directly or indirectly, as a result such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property,

The property to be forfeited includes, but is not limited to:

1. a Sig Sauer, Model M17 P320, 9mm pistol, serial number M17-088762, and
2. all associated magazines and ammunition.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in Counts 2 and 3 of this Indictment, the Defendant, JESSIE MOMOSEA, a/k/a "Crazy J," a/k/a "Jessie Momoisea," a/k/a "Samu Lamu," a/k/a "Samu Lanu," shall

forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

1. a Sig Sauer, Model M17 P320, 9mm pistol, serial number M17-088762; and
2. All associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mandy M. Mackenzie
MANDY M. MACKENZIE
Assistant U.S. Attorney
United States of America

s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney

DATE: 1/20/2026